# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAYES,<br><br>    Plaintiff,<br><br>    vs.<br><br>KERN COUNTY, et al.;<br><br>    Defendants. | Case No. 1:19-cv-01722 JLT<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION TO STAY LITIGATION PENDING DECISION BY JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION |

The parties have stipulated to stay the action until the Judicial Panel on Multi-District Litigation has determine whether to accept the case. Notably, the deadline for non-expert discovery passed more than a month ago and the deadline to disclose experts passed yesterday (Doc. 17). Thus, though the Court **GRANTS** the stipulation, it does NOT accept that the stay is a method to reopen deadlines that have passed when the stay is lifted.

IT IS SO ORDERED.

Dated:   **April 21, 2021**            /s/ Jennifer L. Thurston
                              CHIEF UNITED STATES MAGISTRATE JUDGE