UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAYES,<br><br>        Plaintiff,<br><br>    vs.<br><br>KERN COUNTY, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01722 -JLT<br><br>**ORDER AMENDING THE CASE SCHEDULE AFTER LIFTING STAY**<br><br>(Doc. 30) |

The parties stipulated to stay this case to allow the Panel on Multidistrict Litigation to consider whether it would take up this matter and two related cases. (Doc. 26) The Court granted the stay but advised the parties that the stay was not "a method to reopen deadlines that have passed." (Doc. 27) After the MDL declined to accept transfer of the case, the Court lifted the stay (Doc. 30). The parties have filed a joint status report. (Doc. 30) The plaintiff seeks an amendment of the case deadlines, including those that expired before the case was stayed. The defense agrees that depositions that were noticed but not completed when the stay was enacted, should proceed, but that the discovery deadlines otherwise should not be extended. Thus, the Court **ORDERS** the schedule amended as follows:

  1. The parties **SHALL** complete the depositions noticed but not completed prior to the stay, **no later than September 3, 2021**.

1

2. The parties **SHALL** make their expert disclosures **no later than September 24, 2021** and any rebuttal experts **no later than October 22, 2021**. They **SHALL** complete all expert discovery **no later than November 12, 2021**.

3. The parties **SHALL** file non-dispositive motions, if any, **no later than November 29, 2021**. These motions will be heard **no later than December 27, 2021**.

4. The parties **SHALL** file dispositive motions, if any, **no later than January 3, 2022**. These motions will be heard **no later than January 31, 2022**.

5. The pretrial conference is **CONTINUED** to **March 11, 2022** at 10:00 a.m.

6. The trial is **CONTINUED** to **May 16, 2022** at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **July 21, 2021**             /s/ Jennifer L. Thurston
                                       CHIEF UNITED STATES MAGISTRATE JUDGE