# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAYES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KERN COUNTY, et al.;<br><br>　　　　Defendants. | Case No. 1:19-cv-01722-BAK<br><br>**[PROPOPOSED] ORDER ON JOINT STIPULATION TO ADVANCE STATUS CONFERENCE SET FOR FEBRUARY 4, 2022** |

　　　Pending before this court is Joint Stipulation to Advance Status Conference set for February 4, 2022. After reviewing the stipulation, this court finds good cause. Therefore, IT IS HEREBY ORDERED the Joint Stipulation to Advance Status Conference is GRANTED.

　　　IT IS FURTHER ORDERED that the Status Conference currently set for February 4, 2022 at 9:30 a.m. is advanced to February 2, 2022 at 8:30 am in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **January 31, 2022**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28