|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAYES,<br><br>  Plaintiff,<br><br>  v.<br><br>KERN COUNTY, et al.<br><br>  Defendants. | Case No. 1:19-cv-01722-CDB<br>Consolidated: 1:20-cv-01820-BAM<br><br>*SUA SPONTE* ORDER REQUESTING STATUS OF DEFENDANT KERN COUNTY'S MOTION FOR SUMMARY JUDGMENT (ECF No. 37)<br><br>(ECF Nos. 37, 51) |

On October 26, 2022, Plaintiff Charles Hayes ("Plaintiff") filed an action against Defendants. (ECF No. 1). On January 5, 2022, Defendant Kern County filed a Motion for Summary Judgment. (ECF No. 37). On January 18, 2022, Plaintiff filed a Response to Defendant Kern County's Motion for Summary Judgment. (ECF No. 40). On January 26, 2022, Defendant Kern County filed a Reply. (ECF No. 41).

On May 4, 2022, the Court issued an Order Consolidating this action with *Charles Hayes v. Mario Rojas*, *et al*., 1:20-cv-01820-BAM. (ECF No. 49). On May 17, 2022, the Court held a status conference in this matter. (ECF No. 51). The parties informed the Court they would be withdrawing the Motion for Summary Judgment. *Id*. To date, Defendant Kern County has not withdrawn the Motion for Summary Judgment has been filed.

/ / /

Accordingly, IT IS HEREBY ORDERED:

   No later than November 3, 2022, Defendant Kern County shall either file a notice withdrawing the Motion for Summary Judgment (ECF No. 37) or notifying the Court that the pending motion is suitable for Court ruling.

IT IS SO ORDERED.

Dated:   **October 27, 2022**

UNITED STATES MAGISTRATE JUDGE