UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY, *et al*.<br><br>　　　　　Defendants. | Case No. 1:19-cv-01722-CDB<br>Member Case No: 1:20-cv-01820-CDB<br><br>ORDER ON STIPULATION TO MODIFYING *NUNC PRO TUNC* BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 63) |

On May 27, 2023, Defendants filed a motion for summary judgment. (Doc. 62). The day after any opposition by Plaintiff to Defendants' motion was due (June 13, 2023), Plaintiff filed the instant stipulation to modify the briefing schedule. (Doc. 63); *see* L.R. 230(c) ("Opposition, if any, to the granting of the motion shall be in writing and shall be filed and served no later than fourteen (14) days after the motion was filed."). Plaintiff requests a modification of the briefing schedule to allow the parties additional time to file their opposition and reply briefs. (Doc. 63 at 2). Plaintiff asserts good cause exists for this continuation because "Plaintiff's counsel has been engaged in trial preparation for two civil cases set to begin on June 20, 2023, and June 21, 2023." *Id*.

Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the

Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d). Here, given Counsel for Plaintiff's representations about issues involving trial preparation for other civil cases, it should have become apparent before the day after any opposition was due that such an extension was needed, and, hence, under Local Rule 144, Plaintiff was required to file the request of time before now.

The Court disfavors granting *nunc pro tunc* relief and directs Counsel for Plaintiff to exercise better care in anticipating any future requests for extensions of time and filing such requests well before the terminal filing date that is sought to be extended.

Based on Defendants' non-opposition to the requested extension, IT IS HEREBY ORDERED:

1. Plaintiff's deadline to file an opposition brief to Defendants' motion for summary judgment shall be June 20, 2023;
2. Defendants' deadline to file a reply in support of their motion for summary judgment shall be July 5, 2023; and
3. Pursuant to L.R. 230(g), the hearing set for Defendants' motion for summary judgment on July 5, 2023, is VACATED. The Court will reschedule a hearing once briefing is complete, as necessary.

IT IS SO ORDERED.

Dated:   **June 15, 2023**                          _____
                                                    UNITED STATES MAGISTRATE JUDGE